Motion to vacate this Court's September 26, 2011 preclusion order granted.

MARSHALL INVESTMENTS CORPORATION et al., Appellants, v HARRAH'S OPERATING COMPANY, INC., as Successor to CAESAR'S ENTERTAINMENT INC., Formerly Known as PARK PLACE ENTERTAINMENT CORPORATION, et al., Respondents.

Submitted September 12, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ATTEA, Appellant.

Submitted October 3, 2011; decided November 22, 2011

Motion to vacate this Court's September 12, 2011 preclusion order granted.

ELENA STRUJAN, Appellant, v TEPERMAN & TEPERMAN et al., Respondents.

Submitted September 26, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic. Cross motion to strike pages 8-10 in exhibit 10 of plaintiff's motion papers granted and this material is deemed stricken.

In the Matter of INJAH TAFARI, Appellant, v DAVID A. ROCK, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted October 3, 2011; decided November 22, 2011

950

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of INJAH TAFARI, Appellant, v DAVID A. ROCK, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted October 3, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

22 CPS OWNER LLC, Respondent, v JASON D. CARTER, Formerly Known as J. DOUGLAS COHEN, et al., Appellants, et al., Defendants.

Submitted August 22, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

YING JING YAN, Respondent, v KE-EN WANG, Appellant.

Decided November 22, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.